# Exhibit B

*Claim Chart re Asserted Claims of '511 Patent and Exemplary Accused Products*

Preliminary Comparison of U.S. Patent No. 7,952,511 to BMW Vehicles

| '511 Patent, Claim 1 Language | BMW Vehicles Equipped with City Collision Mitigation, Active Driving Assistant Plus, and/or Other Vehicle and Pedestrian Recognition Systems ("Accused Instrumentalities") |
|---|---|
| **Claim 1**. A method for detecting an object, comprising the steps of: | The Accused Instrumentalities implement a method for detecting an object (e.g., a pedestrian or a vehicle). https://www.youtube.com/watch?v=J4T4RXKb2hs. |
| defining expected characteristics of a scattered invisible electromagnetic radiation pattern to be detected at a receiver; | The method implemented by the Accused Instrumentalities includes defining expected characteristics of a scattered invisible electromagnetic radiation pattern to be detected at a receiver.<br><br>For example, BMW's City Collision Mitigation system uses "[a] radar system in the front bumper and a video camera [to] monitor traffic in front of your vehicle and recognize vehicles that are in detection range of the sensors and video camera. https://www.youtube.com/watch?v=J4T4RXKb2hs.<br><br>Thus, as described above, each Accused Instrumentality includes a radar unit, which transmits invisible electromagnetic radiation to be detected at a receiver located on the Accused Instrumentality. When the region intermediate to the path taken by the incident and the observed electromagnetic radiation is devoid of confounding factors and objects, a standard (*i.e.*, a control-variable-like, or a background) baseline signal set—that can be used for comparison purposes—is established. For example, one standard background might be the open road in front of the Accused Instrumentality. This baseline can be updated in essentially real time as, for instance, atmospheric propagation conditions change and evolve or road-painting schemes alter from one section of pavement to the next. |
| attenuating at least a portion of an invisible electromagnetic radiation field by a presence of an object within a path of invisible electromagnetic radiation, | The method implemented by the Accused Instrumentalities involves attenuating at least a portion of an invisible electromagnetic radiation field by a presence of an object within a path of invisible electromagnetic radiation. For example, the reflection, absorption, and attenuation characteristics of a vehicle will be different than the reflection, absorption, and attenuation characteristics of open road. |
| said invisible electromagnetic radiation propagating off axis with respect to the | The invisible electromagnetic radiation is propagated off axis with respect to the receiver toward a scattering medium. |



Preliminary Comparison of U.S. Patent No. 7,952,511 to BMW Vehicles

| '511 Patent, Claim 1 Language | BMW Vehicles Equipped with City Collision Mitigation, Active Driving Assistant Plus, and/or Other Vehicle and Pedestrian Recognition Systems ("Accused Instrumentalities") |
|---|---|
| receiver toward a scattering medium; and | For example, invisible electromagnetic radiation is propagated from the radar unit, located in the front bumper, toward a scattering medium (e.g., a road) in front of the vehicle. On information and belief, the radar unit comprises at least one transmitter and one separate and distinct receiver. The invisible electromagnetic radiation is therefore transmitted off-axis with respect to the receiver, although both are included in the Accused Instrumentality. |
| detecting the attenuation to indicate a presence of the object. | The method implemented by the Accused Instrumentalities involves detecting the attenuation to indicate a presence of the object. The radar and camera work to detect vehicles that are in the range of the radar. https://www.youtube.com/watch?v=J4T4RXKb2hs. |
| **Claim 15**. An apparatus for performing the method of claim 1, comprising: | As discussed above, the Accused Instrumentalities each constitute an apparatus for performing the method of claim 1, including the detection of pedestrians. |
| means for storing expected characteristics of scattered electromagnetic radiation to be received at a receiver; and | The Accused Instrumentalities include means for storing expected characteristics of scattered electromagnetic radiation to be received at a receiver.<br><br>For example, BMW's City Collision Mitigation system uses "[a] radar system in the front bumper and a video camera [to] monitor traffic in front of your vehicle and recognize vehicles that are in detection range of the sensors and video camera. https://www.youtube.com/watch?v=J4T4RXKb2hs.<br><br>Additionally, "Active Driving Assistant with Surround View… warns of an imminent collision from any direction. The system works with the in-car computer and a series of cameras and radar to detect the slowing of cars up front or obstacles approaching from the rear or side making driving in Seattle and on the highway more comfortable." https://www.bmwseattle.com/blog/2019/april/23/what-level-of-city-collision-mitigation-comes-standard-with-the-bmw-i8.htm.<br><br>Further, BMW's Daytime Pedestrian Protection function can detect pedestrians, "[a] camera located near the interior rearview mirror detects people in a certain range." https://www.youtube.com/watch?v=Plxg4dS65Nc. |



Preliminary Comparison of U.S. Patent No. 7,952,511 to BMW Vehicles

| '511 Patent, Claim 1 Language | BMW Vehicles Equipped with City Collision Mitigation, Active Driving Assistant Plus, and/or Other Vehicle and Pedestrian Recognition Systems ("Accused Instrumentalities") |
|---|---|
|  | The presence of an in-car computer interacting with the data from the camera and radar suggests that there is a database of masses and shapes constitutes means for storing expected characteristics of scattered electromagnetic radiation to be received at a receiver. |
| a receiver for detecting the attenuation to indicate a presence of the object. | The Accused Instrumentalities include a receiver for detecting the attenuation to indicate a presence of the object.<br><br>For example, BMW's City Collision Mitigation system uses "[a] radar system in the front bumper and a video camera [to] monitor traffic in front of your vehicle and recognize vehicles that are in detection range of the sensors and video camera. https://www.youtube.com/watch?v=J4T4RXKb2hs.<br><br>Additionally, "Active Driving Assistant with Surround View… warns of an imminent collision from any direction. The system works with the in-car computer and a series of cameras and radar to detect the slowing of cars up front or obstacles approaching from the rear or side making driving in Seattle and on the highway more comfortable." https://www.bmwseattle.com/blog/2019/april/23/what-level-of-city-collision-mitigation-comes-standard-with-the-bmw-i8.htm.<br><br>Further, BMW's Daytime Pedestrian Protection function can detect pedestrians, "[a] camera located near the interior rearview mirror detects people in a certain range." https://www.youtube.com/watch?v=Plxg4dS65Nc.<br><br> As discussed above with respect to claim 1, the radar unit includes a receiver that detects the attenuation of at least a portion of an invisible electromagnetic radiation field to detect the presence of an object. |

3

