IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| JG TECHNOLOGIES LLC, | § |
| | § |
| *Plaintiff*, | § |
| | § |
| v. | § |
| | § Case No. 2:20-cv-00163-JRG-RSP |
| BMW OF NORTH AMERICA, LLC, | § |
| | § |
| *Defendant*. | § |
| | § |

## ORDER

Before the Court is Plaintiff JG Technologies LLC's Notice of Voluntary Dismissal under Federal Rules of Civil Procedure 41(a)(1)(A)(i) ("Notice"). Dkt. No. 9. As of the time of filing the Notice, Defendant BMW of North America, LLC has not yet answered the complaint, and has not yet moved for summary judgment. Accordingly, the Notice alone effects this dismissal.

Therefore the Court acknowledges that the complaint is thereby **DISMISSED WITH PREJUDICE**. It is **ORDERED** that each party shall bear its own costs and attorneys' fees. The Clerk is **ORDERED** to close this case.

**So ORDERED and SIGNED this 28th day of August, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE